Dismissed and Memorandum Opinion filed April 22, 2004









Dismissed and Memorandum Opinion filed April 22, 2004.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-03-01211-CV

____________

 

ROBERT LEWIS,
Appellant

 

V.

 

MBNA AMERICA BANK, N.A.,
Appellee

 



 

On Appeal from the County Civil
Court at Law No. 2

Harris County, Texas

Trial Court Cause No.
795,855

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed September 25,
2003.  The clerk=s record was filed on November 14,
2003.  No reporter=s record was taken.  No brief was filed.

On February 26, 2004, this Court issued an order stating that
unless appellant submitted his brief, together with a motion reasonably
explaining why the brief was late, on or before March 25, 2004, the Court would
dismiss the appeal for want of prosecution. 
See Tex. R. App. P.
42.3(b).

Appellant filed no response.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

Judgment rendered and Memorandum
Opinion filed April 22, 2004.

Panel consists of Justices Fowler,
Edelman, and Seymore.